24734. CAGLE v. P. M. C. DEVELOPMENT COMPANY OF GEORGIA.

UNDERCOFLER, Justice. We have carefully searched the record in this case and find no enumeration of errors filed therein as required by our Rule 14. Accordingly the appeal is incomplete and must be dismissed. *Windsor v. Southeastern Adjusters, Inc.,* 221 Ga. 329 (144 SE2d 739). Rule 14, 220 Ga. 909, 911, amended 221 Ga. 884.

*Appeal dismissed. All the Justices concur.*

ARGUED JULY 8, 1968—DECIDED JULY 16, 1968.

E. T. Cagle, *pro se, Reed & Dunn,* for appellant.